# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MANUEL GAGE

VERSUS

S&W WHOLESALE FOODS, LLC AND
EDWIN TUCKER

NO. 2021 CW 0885

**NOVEMBER 29, 2021**

---

In Re:   S&W Wholesale Foods, LLC and Edwin Tucker, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 698763.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**

**Holdridge, J.,** concurs and would deny on the showing made.
This action does not preclude the relators from filing a new
motion for summary judgment.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT